IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SOUTHWEST MONTANA BUILDING INDUSTRY ASSOCIATION, and ANDREW AND ELIZABETH STOHLMANN,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF BOZEMAN,<br><br>Defendant. | CV 17–40–BU–BMM<br><br>**ORDER** |

Defendant City of Bozeman, having filed an unopposed motion to attend the May 2, 2018 preliminary pretrial conference by telephone, and good cause appearing,

**IT IS ORDERED** that the motion (Doc. 14) is GRANTED. ALL PARTIES will attend the upcoming preliminary pretrial conference by telephone.

DATED this 1st day of May, 2018.

_____
Brian Morris
United States District Court Judge